NUMBER 13-00-056-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI


____________________________________________________________________


MODELLE COPENHAVER
, Appellant,


v.



RICHARD G. STOVALL AND WIFE, 

SUSAN STOVALL
, Appellees.

____________________________________________________________________


On appeal from the 135th District Court


of Victoria County, Texas.


____________________________________________________________________


O P I N I O N


 

Before Justices Hinojosa, Yañez, and Chavez


Opinion Per Curiam


 Appellant, MODELLE COPENHAVER, perfected an appeal from a
judgment entered by the 135th District Court of Victoria County, Texas,
in cause number 95-10-48,398-B. After the record was filed, appellant
filed a motion to dismiss the appeal. In the motion, appellant states
that this case has been resolved and appellant no longer wishes to
prosecute this appeal. Appellant requests that this Court dismiss the
appeal.

 The Court, having considered the documents on file and
appellant's motion to dismiss the appeal, is of the opinion that the
motion should be granted. Appellant's motion to dismiss is granted,
and the appeal is hereby DISMISSED.

 PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 18th day of May, 2000.